UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MIGUEL A CHIRIAPA, *individually and on behalf of others similarly situated*

                                            *Plaintiff*,

-v-

MATSUL INC., ACHLA SHAWARMA FACTORI INC., (DBA AS ACHLA!) MOR MELAMED AND SHOSHANA MELAMED.

                                            *Defendants.*
-----------------------------------------------------------------X

7:20-cv-03313-VB Chiriapa v. Matsul Inc

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that upon the Declaration of Lina Stillman, dated June 29, 2020 and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 300 Quarropas St, White Plains, NY 10601before the Honorable Vincent Bricetti United States Magistrate Judge, for an order entering judgement by default against all Defendants, and for such other and further relief as the court deems just and proper.

Dated: New York, New York
June 29, 2020

                                            STILLMAN LEGAL

                              BY:    /s/LINA STILLMAN

                                            42 Broadway, 12th Floor
                                            New York, New York 10004
                                            Telephone: (800) 933-5620
                                            *Attorneys for Plaintiffs*