UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL A CHIRIAPA, *individually and on behalf of all other employees similarly situated*,<br>      *Plaintiff*,<br><br>   -v-<br>MATSUL INC., ACHLA SHAWARMA FACTORI INC., (DBA AS ACHLA!) MOR MELAMED AND SHOSHANA MELAMED.<br>      *Defendants.* | Index No. 7:20-cv-03313-VB<br><br>[PROPOSED] DEFAULT JUDGMENT |

This action was commenced on April 28, 2020 (Docket # 1) Summons were issued for the corporate defendant (Docket 7, 10) and two individual defendants (Dockets 8, 9) also on April 29, 2020. Service was then made on all four defendants on May 4, 2020, May 12, 2020 and June 2, 2020 (Docket 12-15).

To date, no defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Dockets 29-32) The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants MATSUL INC., ACHLA SHAWARMA FACTORI INC., (DBA AS ACHLA!) MOR MELAMED and SHOSHANA MELAMED, in the liquidated amount of $15,129.00 including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $3,315.00, (B) statutory damages for violation of New York Labor Law §193 and §195 in the amount of $2,500, (C) statutory damages for violation of New York Labor Law § 191 in the amount of $2,500.00.

That the Plaintiff is awarded attorney's fees in the amount of $6,384.00, and costs in the amount of $550.00

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

      June 29, 2020

                                                                        _____

                                                                                           U.S.D.J.