UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MIGUEL A. CHIRIAPA, :
             Plaintiff, :
              : **ORDER**
v. :
              : 20 CV 3313 (VB)
MATSUL INC.; ACHLA SHAWRMA :
FACTORY INC., d/b/a Achla!; MOR :
MELAMED; and SHOSHANA MELAMED, :
             Defendants. :
--------------------------------------------------------------x

      On July 27, 2020, plaintiff's counsel filed a "notice of voluntary dismissal of action without prejudice," pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #50). The notice includes a proposed "order" that includes an "/s/" and my name (misspelled) above my signature block. I did not see or approve this notice or proposed order before it was filed and did not sign the proposed order.

      A voluntary dismissal under Rule 41(a)(1)(A)(i) does not require a court order. More importantly, it is completely inappropriate for an attorney to purport to sign the judge's name to a proposed order.

      Accordingly, by July 31, 2020, plaintiff's counsel shall file a letter explaining how this proposed order came to be filed with my purported signature on it, and showing cause why the Court should not impose sanctions for same.

Dated: July 29, 2020
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge