# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL A CHIRIAPA, *individually and on behalf of others similarly situated* | Case No: 7:20-cv-04857-VB |
| Plaintiff, | |
| -v- | **AMENDED NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT PREJUDICE</u>** |
| MATSUL INC., ACHLA SHAWARMA FACTORI INC., (DBA AS ACHLA!) MOR MELAMED AND SHOSHANA MELAMED. | |

**NOW, THEREFORE**, Plaintiff, Miguel Chiriapa hereby dismisses this action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 30, 2020

STILLMAN LEGAL, P.C.

_____
Attorneys for Plaintiff,

> The Clerk is instructed to close this case.
>
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J., 7/30/2020

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;